1  LAWRENCE G. BROWN
   Acting United States Attorney
2  BRIAN W. ENOS
   Assistant United States Attorney
3  United States Courthouse
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099



FILED
AUG 13 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. 1:09 CR 00302 LJO |
| Plaintiff, ) | VIOLATIONS: 18 U.S.C. § 2252(a)(2) - Receipt or Distribution of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. § 2252(a)(4)(B) - Possession of Material Involving the Sexual Exploitation of Minors |
| v. ) | |
| MATTHEW WHITE, ) | |
| Defendant. ) | |

I N D I C T M E N T

COUNT ONE:  [18 U.S.C. § 2252(a)(2) - Receipt or Distribution of Material Involving the Sexual Exploitation of Minors]

The Grand Jury charges T H A T:

MATTHEW WHITE,

defendant herein, beginning on an unknown date no later than approximately February 21, 2007 and continuing through approximately February 23, 2007, in San Joaquin County, within the State and Eastern District of California, and elsewhere did knowingly receive and distribute any visual depiction that had been mailed, shipped, or transported in interstate or foreign commerce, or which contained materials that had been so mailed,

1 shipped, or transported, and the producing of the depiction
2 involved a minor engaging in sexually explicit conduct and was of
3 such conduct, specifically: the defendant, using a computer and
4 modem, received or distributed via the internet and interstate
5 commerce, at least one visual depiction, which the defendant then
6 knew was a visual depiction, the producing of which involved the
7 use of a minor engaged in sexually explicit conduct and was of
8 such conduct as defined in Title 18, United States Code, Section
9 2256, all in violation of Title 18, United States Code, Section
10 2252(a)(2).
11 ///
12 COUNT TWO:    [18 U.S.C. § 2252(a)(4)(B) - Possession of Material
                 Involving the Sexual Exploitation of Minors]
13
14      The Grand Jury further charges:   T H A T
15                     MATTHEW WHITE,
16 defendant herein, on or about December 11, 2008, in San Joaquin
17 County, within the State and Eastern District of California, and
18 elsewhere did knowingly possess one or more matters which
19 contained any visual depiction that had been mailed, shipped, or
20 transported in interstate or foreign commerce, or which was
21 produced using materials which had been so mailed, shipped, or
22 transported, the producing of which involved a minor engaging in
23 sexually explicit conduct and the depiction was of such conduct,
24 specifically: the defendant possessed on a computer at least one
25 image file which contained a visual depiction, the producing of
26 which involved the use of a minor engaged in sexually explicit
27 conduct, and was of such conduct, as defined in Title 18, United
28 States Code, Section 2256, and which had traveled in interstate

1 | commerce all in violation of Title 18, United States Code,
2 | Section 2252(a)(4)(B).

A TRUE BILL.

/s/ Signature on file w/AUSA
_____
FOREPERSON

LAWRENCE G. BROWN
United States Attorney

**Mark E. Cullers**

By_____
  MARK E. CULLERS
  Assistant U.S. Attorney
  Chief, Fresno Office