# UNITED STATES DISTRICT CC

*Eastern District of California*

*Criminal Division*

FILED
AUG 1 3 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

THE UNITED STATES OF AMERICA

*vs.*

MATTHEW WHITE       1:0 9 CR 0 0 3 0 2 LJO

## INDICTMENT

**VIOLATION(S): 18 U.S.C. § 2252 (a) (2) - Receipt or Distribution of Material Involving the Sexual Exploitation of Minors; 18 U.S.C. § 2252 (a) (4) (B) - Possession of Material Involving the Sexual Exploitation of Minors**

*A true bill,*

/S/
_____
*Foreman.*

*Filed in open court this* 13th *day*

*of* Aug. , *A.D. 20* 09

_____
*Clerk.*

NO BAIL WARRANT
*Bail, $* _____

[signature]

GPO 863 525

AO 257 (Rev. 10/95)

PER 18 U.S.C 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION -- IN U.S. DISTRICT COURT

By: [ ] COMPLAINT  [ ] INFORMATION  [X] INDICTMENT

Name of District Court, and/or Judge Magistrate Location (city): **EASTERN DISTRICT OF CALIFORNIA, FRESNO, CALIFORNIA**

Offense Charged:
SEE INDICTMENT
- [ ] Petty
- [ ] Minor
- [ ] Misdemeanor
- [X] Felony

DEFENDANT -- U.S. vs. **MATTHEW WHITE**

1:09CR 00302 LJO

Address:
Birth Date: (Optional unless a juvenile)
[X] Male  [ ] Female  [ ] Alien (if applicable)

Place of Offense: **SAN JOAQUIN COUNTY**

U.S.C. Citation: SEE INDICTMENT

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any): **FBI/TAM**

- [ ] this person is awaiting trial in another give name of court.
- [ ] this person/proceeding is transferred from per (circle one) FRCrP 20, 21, or 40. Show District
- [ ] this is a reprosecution previously dismissed which dismissed on motion of:
  - [ ] U.S. Att'y
  - [ ] Defense
- SHOW DOCKET NO.
- [ ] this prosecution relates to a pending case involving this same
- [ ] prior proceeding or before U.S. Magistrate this defendant were recorded
- MAGISTRATE CASE NO.

### DEFENDANT

IS NOT IN CUSTODY
1) [ ] Has not been arrested, pending outcome this proceeding if not detained give date any prior summons was served on above charges ►
2) [ ] Is a Fugivtive
3) [ ] Is on Bail or Realease from (show District)

IS IN CUSTODY
4) [ ] On this charge
5) [ ] On another conviction  [ ] Fed'  [ ] State
6) [ ] Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?
[ ] Yes
[ ] No
If "Yes" give date

DATE OF ARREST ► Mo. Day Year

Or ... if arresting Agency & Warrant were not Federal
DATE TRANSFERRED TO U.S. CUSTODY ► Mo. Day Year

[ ] This report amends AO 257 previously submitted

Name and Office of Person Furnishing information on THIS FORM: **MARYANN MEDELEZ**
[X] U.S. Att'y  [ ] Other U.S. Agency

Name of Asst. U.S.: **BRIAN W. ENOS**

### ADDITIONAL INFORMATION OR COMMENTS

BAIL STATUS: ISSUE NO BAIL WARRANT

## PENALTY SLIP

**DEFENDANT:** MATTHEW WHITE

**VIOLATION:** 18 U.S.C. § 2252 (a) (2)
Receipt or Distribution of Material
Involving the Sexual Exploitation
of Minors

**PENALTY:** 5/20 years imprisonment
Not more than $250,000 fine

**VIOLATION:** 18 U.S.C. § 2252 (a) (4) (B)
Possession of Material Involving
the Sexual Exploitation of Minors

**PENALTY:** 10 years imprisonment
Not more than $250,000 fine