1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MARC C. AMENT, #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Avenue, Suite 330
4  Fresno, CA.  93721

5  Attorney for Defendant

6

                IN THE UNITED STATES DISTRICT COURT
7
            FOR THE EASTERN DISTRICT OF CALIFORNIA
8

9
   UNITED STATES OF AMERICA,        )  No. _1:09 cr 302 LJO_
10                                   )
                    Plaintiff,       )
11                                   )  **ASSERTION OF FIFTH AND SIXTH**
        v.                           )  **AMENDMENT RIGHTS**
12                                   )
        _Matthew White_             )  Date:
13                                   )  Time:
                    Defendant.       )  Judge:
14                                   )
                                     )
15  _____ )

16
        I, _Matthew White_, am represented by the Office of the
17
   Federal Public Defender.  I have been advised by my lawyer with that
18
   office that the Supreme Court has recently decided that law enforcement
19
   officers can approach me in the future and ask me to speak to them,
20
   either about this case or about some other matter.  I have been told
21
   that officers may do so without waiting for me to contact them and
22
   without notifying my attorney.  I have also been warned that law
23
   enforcement officers might well approach me at a time when no friendly
24
   witnesses are present and available to hear my response to their
25
   request to talk to me.
26
        Therefore, in connection with my appearance in the above matter, I
27
   hereby publicly assert my Fifth and Sixth Amendment rights to remain
28

silent and to have counsel present at any and all future interactions with the government or its agents.  In light of the information provided to me by my lawyer, I further assert that I will not waive any of my constitutional rights except in the presence of counsel, and that I do not want the government, any of its agents, or anyone acting on behalf of any government to question me or to contact me seeking my waiver of any rights unless my counsel is present.

Date: _____8/14/09_____

Time: _____1:53 PM_____

_____Matt White_____
Defendant's signature

_____Melody M. Walcott_____
Attorney's signature

_____

Assistant Federal Defender