DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW WHITE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 1:09-cr-00302 LJO |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE STATUS |
| ) | CONFERENCE HEARING; |
| v. ) | [PROPOSED] ORDER |
| ) | |
| MATTHEW WHITE, ) | Date:  October 30, 2009 |
| ) | Time:  8:30 A.M. |
| Defendant. ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for October 2, 2009, **may be continued to October 30, 2009, at 8:30 a.m.**

This continuance is requested because counsel have viewed the images and counsel for defendant has received a proposed plea offer which she needs to discuss with defendant and she will need some additional time for case preparation prior to hearing. The requested continuance will conserve time and resources for both counsel and the court.

///
///
///
///
///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)(A).

                                      LAWRENCE G. BROWN
                                      United States Attorney

DATED: September 29, 2009        /s/ Brian W. Enos
                                      BRIAN W. ENOS
                                      Assistant United States Attorney
                                      Attorney for Plaintiff

                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: September 29, 2009        /s/ Melody M. Walcott
                                      MELODY M. WALCOTT
                                      Assistant Federal Defender
                                      Attorney for Defendant
                                      MATTHEW WHITE

**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A).

DATED: September \_\_\_\_\_, 2009

                                      LAWRENCE J. O'NEILL, Judge
                                      United States District Court