```
DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
MATTHEW WHITE
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:09-cr-00302 LJO |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND RE-SET FOR CHANGE OF PLEA; ORDER |
| v. | ) | (NOTE DATE and TIME CHANGE) |
| MATTHEW WHITE, | ) | |
| Defendant. | ) | Date:  December 31, 2009 |
|  | ) | Time:  8:30 A.M. |
|  | ) | Judge: Hon. Lawrence J. O'Neill |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Status Conference Hearing in the above-captioned matter now set for December 4, 2009, **may be continued to December 31, 2009, at 8:30 a.m., and re-set for change of plea.**

This continuance is requested because counsel is expecting a signed plea agreement to be filed before the December 4, 2009, hearing date.  Mr. White is a young defendant whose mother has been out of town on business for an extended period of time.  She will return home on December 18, 2009, and Mr. White will have some time to see her as well as to put his affairs in order prior to remand.  Counsel for the government has no objection to this request.  The continuance will conserve time and resources for both counsel and the court.

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for finalization of plea negotiations pursuant to 18 U.S.C. § 3161(h)(7)(A).

```
                                        BENJAMIN B. WAGNER
                                        United States Attorney

                                        (As auth. 12/1/09)
DATED:  December 1, 2009                /s/  Brian W. Enos
                                        BRIAN W. ENOS
                                        Assistant United States Attorney
                                        Attorney for Plaintiff


                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED:  December 1, 2009                /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        MATTHEW WHITE
```

**O R D E R**

**The matter is continued to January 8, 2010 at 8:20 a.m.  The date requested is not available.** Time is excluded in the interests of justice pursuant to 18 U.S.C.§ 3161(h)(7)(A) .

IT IS SO ORDERED.

**Dated:   December 2, 2009**           **/s/ Lawrence J. O'Neill**
                                        UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference Hearing
and Re-Set for Change of Plea; [Proposed] Order        −2−